All Rights Reserved Under
the Common Law

The Father has been held hostage for over 2 months in El Paso County Jail unlawfully. Writ of habeas Corpus has been filed with the El Paso County Courts. Numerous Attempts have been made to free the American father but resistance by the Jail staff has been Prolonging the release of Peter James II. Immediatly After Wife and mother Mandy Renee places Assume Name Certificates of court record the Courts/state employee Charity Bellerdine insisted reintroduction program for Peter James II. All Counties holding unlawful warrents have been put on Notice and Mandy Renee is currently placing Assume Name Cert on record of remaining counties on behalf of her husband. Form 5C and 56F have been served to all counties and Judges holding fraud Charges against the Account ending in 2313 that has been placed into a decedent Estate ending in 8554. All Fiduciaries who assumed the Beneficiary position in violation have been put on Notice and have Been made aware of our intention to change of venue to an Article 3 Court having origonal Jurisdiction. A habeas Corpus has been sent to Pueblo County Courts with instructions by the father Peter James II. To release the 2 girls Lillee Mae and Daisee Reign to the Mother Mandy Renee immediatly. Including but Not limited to Jaydan Denise and Jaylee Marie Possibly Steve and Amadas youngest Daughter. But the 4. other Children who Belong to Mr and Mrs Hughes, Are to be returned promptly. As of the recent unfolding the Pueblo Courts are Attempting to push this under the rug ASAP. A Emergency Order to show Cause is being requested By the US District Courts By the father Peter James II

All Rights Reserved

The Colorado Springs Police Department who by aid to Steve Lukachy and Amanda Campbell broke into home 6330 Barnes Road #307 After the text of picture of Power of Attorney from wife/mother Mandy Renee given to ~~Peter~~ husband Peter James II was sent to Steve and Amanda who had unlawful possesion of the two Girls who belong to Peter and Mandy. This has been the repeated abuse and pattern by a number of county's and Law enforcement. Sense the discovery of girls being taken unlawfully. The Iron Order, or Blue Knights are a criminal organization within law enforcement, Medicle and Fire fighter / Emergency Response. Accused of trafficking of children by using the family courts system. Even under investigation of snatching children from homes in Mohave County AZ, Where this ALL Began! Kingman Arizona.

Reports have been made to FBI, Child protection umbossman, Attorney General, in AZ and Colorado, the Military who filed complaint to Pentagon who then took report and requested FBI involvement. All Collectively made by the father Peter James II while under extreme distress and desperation. Finally after years of fighting the Assume Name Certificates are what Shifted the war and gained the restoration process By aid of Charity Bellerdine.

Assume Name Certificate
Number 1327605400021

All Rights Reserved Under
the Common Law
Respond to →
6330 Barnes Road #307
Colorado Springs Co 80922

Decedents Estate #
88-6668554
PETER HUGHES Estate
Authorized Representative
Peter James II

To whom it may concern,

Immediate Attention is requested of the federal Courts reguarding an extreemly Allarming matter. Social Security PERSON PETER HUGHES and the Social Security Number is 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

Case Numbers - For the ones missing the SS# is provided.

IN Pueblo County - 2021 DR 51  Dorothy Radukovich, Steve Luckachy Amanda Campbell, Rhonda Ragsdale, Brent Ragsdale, and others.

Kidnapping, child snatching, Child Abuse, Larceny, Grand Larceny, Terrorism, Treason, Child Trafficking, Organized Crime.

Alleged Claims and Counter Claims have been filed with following Courts w/ Case numbers.

Jefferson County - 21M2295  Div:F  KJ Moore

Huerfano County - 21CR102  Div:D  John Clay Mckisson

Adams County - 22M1412  Div:R  Leviy P Johnson

Douglas County

El Paso County  - 22 CR 4606  Monica J Gomez

N Las Vegas Nevada

Henderson Nevada

Assume Name Certificates have been placed on record for Peter James, Lillee Mae, and Daisee Reign Family of Hughes.

Social Security Person PETER HUGHES is in Decedents Estate Naming Peter James II the Executor of/over Estate.

All rights reserved under
the Common Law

Along with forms 56 and 56F, form 211 and copies of Affidavits, Declorations, Counter/Cross Claims and Notices are being Sent to the District Courts. To illiminate mis information that has been produced by so many in violation. To bring to light what so many are attempting to keep hidden with conflicting information, Some unlawful Search and Seisures, others irrelevant civil matters that are only excuses to the wrongs committed. We ask the Courts to be paitent as the information will be added as soon as the Plaintf/Petitioner is released from El Paso County Jail.

Please Respond to Address
        6330 Barnes Rodd   Suite #307
Colorado Spring, Co [80922]
To Hugles family, Peter James II and Mandy Renee.